IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03216-PAB-SKC

STEFANIE JONES,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    On December 13, 2021, the parties in this case filed a Notice of Settlement [Docket No. 37] requesting sixty days to file a stipulation of dismissal in this case. On the same day, Magistrate Judge Tafoya ordered that the parties file dismissal documents by February 14, 2022. Docket No. 38. When no dismissal papers were filed by the February 14, 2022 deadline, on February 18, 2022, the Court ordered the parties to file dismissal papers by February 22, 2022. Docket No. 44. The parties did not file dismissal documents by February 22, 2022.

    On November 17, 2021 the parties stipulated to the dismissal of former defendant Synchrony Bank. Docket No. 36. On February 1, 2022, the Court ruled that Synchrony Bank was dismissed when the stipulated dismissal was filed, but did not dismiss the entire case as Equifax Information Services remains as a defendant. *See* Docket No. 43 at 1.

    In the settlement notice, the parties represented that "performance of the terms of the settlement agreement w[ould] be completed within sixty[] days." Docket No. 37 at 1. Based on this representation and the parties repeated failure to file dismissal papers, the Court will dismiss this action in 30 days if the parties take no further action.

    DATED March 1, 2022.