# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **STEFANIE JONES**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br>**and**<br>**SYNCHRONY FINANCIAL CORPORATION**<br><br>**Defendants.** | **CIVIL ACTION NO: 20-CV-3216** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Stefanie Jones and Defendant Equifax Information Services LLC ("Equifax"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action as to the Defendant be dismissed with prejudice by its undersigned counsel, that Plaintiff dismisses her claims against Defendant Equifax Information Services LLC as settled, with each party to bear their own costs incurred within.

*/s/ Geoffrey H. Baskerville*
Geoffrey H. Baskerville, Esq.
Francis Mailman Soumilas, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA  19103
Telephone:  215-735-8600
Fax:  215-940-8000
E-Mail:  gbaskerville@consumerlawfirm.com

*Attorneys for Plaintiff*

*/s/ Esther Slater McDonald*
Esther Slater McDonald, Esq.
Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309
Telephone:  404-885-1500
Fax: 404-892-7056
E-Mail:  emcdonald@seyfarth.com

*Attorneys for Defendant*

SO ORDERED:

_____
PHILIP A. BRIMMER          U.S.J.

Dated: _____